FORM VAN−AD029
REVISED 12/01/2009

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No.: 2:08−bk−05067−SSC |
| JAMES PAUL ABNER and CHRISTINA DENISE ABNER<br>*Debtor(s)* | Chapter: 7 |
| Rehabilitation Finance, LLC<br>*Plaintiff(s)*<br><br>v.<br><br>JAMES PAUL ABNER<br>et al.<br>*Defendant(s)* | Adversary No.: 2:08−ap−00525−SSC |

# NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that:

A hearing in the above−entitled cause will be held at the U.S. Bankruptcy Court, 230 N. First Avenue, 7th Floor, Courtoom 701, Phoenix, AZ before the Honorable Sarah Sharer Curley on 2/10/10 at 10:00 AM, to consider and act upon the following matters:

HEARING RE Application for Attorney Fees filed by JOSEPH W. CHARLES on behalf of CHRISTINA DENISE ABNER, JAMES PAUL ABNER AND OBJECTION THERETO BY ADAM DECKER ON BEHALF OF REBHABILITATION FINANCE

Pursuant to Local Bankruptcy Rule 9013(1)(c), if this hearing is on a motion, the party responding to the motion shall have 14 days after service within which to serve and file a responsive memorandum, and the moving party shall have 14 days after service of the responsive memorandum to serve and file a reply.

**Date: January 11, 2010**

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101
Phoenix, AZ 85003−1727
Telephone number: (602) 682−4000
www.azb.uscourts.gov

Clerk of the Bankruptcy Court:

**Brian D. Karth**

# CERTIFICATE OF NOTICE

```
District/off: 0970-2          User: garberick         Page 1 of 1                Date Rcvd: Jan 11, 2010
Case: 08-00525                Form ID: vanad029       Total Noticed: 4
```

The following entities were noticed by first class mail on Jan 13, 2010.
```
aty          JOSEPH W. CHARLES,    PO BOX 1737,    GLENDALE, AZ   85311-1737
dft         +CHRISTINA DENISE ABNER,    136 WEST ALMERIA RD,    PHOENIX, AZ 85003-1139
dft         +JAMES PAUL ABNER,    136 WEST ALMERIA RD,    PHOENIX, AZ 85003-1139
pla         +Rehabilitation Finance, LLC,    c/o Adam B. Decker, Esq.,    Jackson White,
             40 N. Center Street, #200,    Mesa, AZ 85201-7300
```

The following entities were noticed by electronic transmission.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 13, 2010**                          Signature:       *Joseph Speetjens*

Case 2:08-ap-00525-SSC    Doc 21    Filed 01/11/10    Entered 01/13/10 23:44:10    Desc
Imaged Certificate of Service    Page 2 of 2